**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Milind Shashi Bharvirkar** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number (if known) | 6:21-bk-00835 | | |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................ $ **0.00**
   1b. Copy line 62, Total personal property, from Schedule A/B................................................. $ **28,216.77**
   1c. Copy line 63, Total of all property on Schedule A/B........................................................... $ **28,216.77**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... $ **20,176.30**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................. $ **0.00**
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................ $ **269,464.70**

   **Your total liabilities** $ **289,641.00**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*............................................................ $ **9,000.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.................................................................... $ **10,220.00**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ■ Yes

7. **What kind of debt do you have?**
   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum        Summary of Your Assets and Liabilities and Certain Statistical Information        page 1 of 2

Debtor 1    **Milind Shashi Bharvirkar**                    Case number *(if known)*  **6:21-bk-00835**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | **Total claim** |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Milind** | **Shashi** | **Bharvirkar** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | | MIDDLE DISTRICT OF FLORIDA | | |
| Case number (if known) | 6:21-bk-00835 | | | |

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors 12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
■ Yes.

In which community state or territory did you live? **Texas**. Fill in the name and current address of that person.

**Heather G. Bharvirkar**
**12219 Pescara Lane**
**Orlando, FL 32827**
Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

**3.** In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 **Priatek, LLC**<br>**100 S. Ashley Drive**<br>**Tampa, FL 33602** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.5**<br>☐ Schedule G _____<br>**John Zumwalt** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Milind** | **Shashi** | **Bharvirkar** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number (if known) | 6:21-bk-00835 | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X /s/ Milind Shashi Bharvirkar               X _____
**Milind Shashi Bharvirkar**                 Signature of Debtor 2
Signature of Debtor 1

Date **March 26, 2021**                       Date _____

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**

**MILIND SHASHI BHARVIRKAR,**

    **Debtor.**

_____/

**Case No.: 6:21-bk-00835-KSJ**
**Chapter 11**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 26, 2021 a true and correct copy of the foregoing has been furnished via electronic transmission through Bankruptcy Noticing Center to the parties who are currently on the list to receive e-mail notice/service for this case and via regular U.S. Mail to the following: U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801; Debtor, Milind S. Bharvirkar, 12219 Pescara Lane, Orlando, FL 32827; Richard Blackstone Webber, II, PO Box 3000, Orlando, FL 32802 and the affected creditors.

       /s/ Jeffrey S. Ainsworth
JEFFREY S. AINSWORTH
Florida Bar No. 60769
JACOB D. FLENTKE
Flentke Legal Consulting, PLLC, Of Counsel
Florida Bar No. 25482
**BransonLaw, PLLC**
1501 E. Concord St.
Orlando, FL  32803
Phone: 407-894-6834
Fax: 407-894-8559
E-mail: jeff@bransonlaw.com
          jacob@bransonlaw.com
          jacob@flentkelegal.com
Attorneys for Debtor