[Doddos] [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: June 1, 2021**

_Karen S. Jennemann_
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 6:21−bk−00835−KSJ<br>Chapter 11 |
| Milind Shashi Bharvirkar | |
| _____Debtor*_____ / | |

### ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY

THIS CASE came on for consideration, without hearing, of the Motion For Relief From Automatic Stay To Proceed With Arbitration And To Stay Adversary Proceeding filed by John Glasscock , Doc. # 35 . After review, the Court determines that the motion is deficient as follows:

  Service upon the Parties in Interest List, defined by Local Rule 1007−2 a current mailing matrix obtained from the Clerk of Court is not indicated. Local Rule 9013−3(e).

  Service upon the Debtor at the Debtor's address of record is not indicated. Fed. R. Bankr. P. 3007(a), 4003(b)(4) and 7004(b)(9).

  .

Accordingly it is

*ORDERED:*

1. The motion is denied to allow movant to file an amended motion. No additional filing fee will be assessed for the filing of any amended motion filed for the purpose of correcting the noted deficiency.

2. The automatic stay of 11 U.S.C. § 362(a) is continued in effect until further order of this Court. The deadlines of 11 U.S.C. § 362(e)(1),(2) are tolled during the abatement period.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.