UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Milind Shashi Bharvirkar,   Case No. 6:21-bk-00835-KSJ
   Chapter 11

   Debtor.         /

**FINAL APPLICATION FOR SUBCHAPTER V TRUSTEE**

**COMES NOW**, Richard Blackstone Webber II, Subchapter V Trustee ("Applicant"), and pursuant to 11 U.S.C. §§ 1183(a), 330 of the Bankruptcy Code respectfully requests a final award and reimbursement of compensation for actual, necessary services rendered and for actual, necessary expenses incurred as Subchapter V Trustee and in support thereof states as follows:

1. **AMOUNTS REQUESTED**

   | | |
   |---|---|
   | FEES: | $3,400.00 |
   | EXPENSES: | $15.75 |
   | TOTAL: | $3,415.75 |
   | RETAINER: | $3,000.00 |

2. **ORDER AUTHORIZING EMPLOYMENT**

Applicant is a practicing attorney duly admitted to practice in the United States Bankruptcy Court for the Middle District of Florida, and he is Subchapter V Trustee herein having been appointed by this Court's Order dated March 1, 2021 (Document Number 7) and that as such Subchapter V Trustee, Applicant has performed the services as set forth in the statements attached hereto as Exhibit "A" and incorporated by reference for the period March 1, 2021 through June 15, 2021.

3.  **SUMMARY OF PROFESSIONAL SERVICES**

The services rendered for and on behalf of the Trustee are summarized as follows:

a.  Administration

**Applicant spent approximately 8.5 hours on general administration of this Chapter 11 Bankruptcy case.**

The administrative tasks included:

1. Attendance at the Debtor's Section 341 Meeting of Creditors;

2. Attendance at the Initial Debtor Interview;

3. Review Debtor's Monthly Operating Reports;

4. Review Debtor's Plan of Reorganization;

5. Review of Cash Collateral and other Operating Orders during the Chapter 11 Case; and

6. Performing Subchapter V Trustee duties and oversight.

4.  **SUMMARY OF EXPENSES**

a.  PHOTOCOPIES          $15.75

TOTAL EXPENSES          $15.75

Applicant has expended $15.75 in expenses to date in this case.

5.  **SHARING OF COMPENSATION**

Applicant has not agreed to share the compensation for such services with any person not contributing thereto, or to share in the compensation of any person rendering services in this proceeding or in connection with this proceeding to which services Applicant has not contributed.

6.  **RETAINER**

**Applicant has received $3,000.00 retainer in this Chapter 11 case to date.**

7. **JOHNSON FACTORS**

    a.    <u>Time and Labor Required</u>

The following Attorney provided services and his respective hourly rates are as follows:

| **ATTORNEY** | **RATE** | **HOURS** | **TOTAL** |
|---|---|---|---|
| Richard B. Webber II | $400.00 | 8.5 | $3,400.00 |

The foregoing fee schedule is reasonable and within the customary schedule of fees charged by attorneys in the Middle District of Florida for services of the type described. A detailed narrative of the task performed, time expended in 1/10 hour increments, identity of the attorney or paralegal providing services, hourly rate and value of the services provided is included in the billing statements attached hereto as Exhibit "A" and incorporated by reference.

    b.    <u>Novelty and Difficulty</u>

That the novelty and difficulty of the questions presented, the skill required to perform these legal services properly, and the efficient administration of this estate required an expertise in bankruptcy law beyond that of the ordinary practitioner, and a level of expertise found at the higher levels of the profession.

    c.    <u>Skill Necessary to Perform Legal Services</u>

The representation of the Trustee required a high level of knowledge and skill.

    d.    <u>Preclusion of Other Employment</u>

Applicant was not specifically precluded from other employment.

    e.    <u>Customary Fee</u>

The fees requested in this case are based on the customary fees charged by Applicant for legal services. These fees are based on the nature, extent and value of such services and the cost of comparable legal services within the community.

   f. <u>Fees Fixed or Contingent</u>

Applicant has not entered into any agreement, written or oral, express or implied, with any other party in interest or any attorney of any other party in interest in this proceeding for the purpose of fixing the amount of the fees or other compensation to be paid to any party in interest, or any attorney of any party in interest herein for services rendered in connection therewith.

   g. <u>Time Limitations</u>

Time limitations were imposed by Orders of the Bankruptcy Court and Bankruptcy Code.

   h. <u>Experience, Reputation and Ability of Attorneys</u>

Applicant has the experience, reputation and ability in bankruptcy and commercial law to justify an award in the amount requested. Richard Blackstone Webber II, the Subchapter V Trustee in this case, has been a member of the Florida Bar since October 31, 1986 and devotes substantially all of his legal practice to bankruptcy and related commercial litigation matters. Applicant received his Juris Doctor Degree from the University of Tulsa, College of Law, on May 3, 1986.

   i. <u>Undesirability of the Case</u>

Applicant has experienced a delay in payment of fees and costs and assumed a substantial risk of non-payment if the Subchapter V Chapter 11 case. In addition, the delay in payment of Applicant's fees further reduces the value of any award. In <u>Missouri v. Jenkins</u>, 109 S.Ct. 2463 (1989), the Supreme Court recognized that delay in payment may justify an enhancement of a fee award where the applicable statute authorizes a "reasonable attorneys' fee."

      j.      <u>Awards in Similar Cases</u>

Based on the foregoing, the amount requested is well within the range of awards for similar services within the Middle District of Florida.

**WHEREFORE**, Applicant requests a final award of compensation for professional services rendered and reimbursement of expenses in the total amount of $3,415.75 and allowance and payment of the total sum as a Subchapter V administrative priority expense claim pursuant to 11 U.S.C. §§ 1183(a) and 330 of the Bankruptcy Code.

## DECLARATION

I Declare under penalty of perjury that I have read the foregoing and it is true and correct to the best of my knowledge and belief.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Final Application has been furnished either by U. S. Mail, postage pre-paid and/or by electronic transmission to all parties in interest listed on the attached mailing matrix this 17th day of June, 2021.

    /s/ *Richard Blackstone Webber II*
    Richard Blackstone Webber II, Esq.
    Florida Bar No.: 0608394
    ZIMMERMAN, KISER & SUTCLIFFE, P.A.
    315 E. Robinson St., Suite 600
    Orlando, FL 32802
    Subchapter V Trustee

RBW/rms

```
Label Matrix for local noticing        Milind Shashi Bharvirkar              Johnson, Pope, Bokor, Ruppel & Burns, LLP
113A-6                                 12219 Pescara Lane                    Attn:  Charles A. BUford
Case 6:21-bk-00835-KSJ                 Orlando, FL 32827-7182                911 Chestnut Street
Middle District of Florida                                                   Clearwater, FL 33756-5643
Orlando
Thu Jun 17 11:09:24 EDT 2021

Ally Bank                              Baylor Scott & White Health           City of St. Pete
PO Box 130424                          2001 Bryan Street Ste 2600            PO Box 33034
Roseville MN 55113-0004                Dallas, TX 75201-3065                 Saint Petersburg, FL 33733-8034


Craig Walkinshaw                       DLT Law Group PA                      Directv, LLC
2268 Steven Street                     100 S. Ashley Drive Ste 600           by American InfoSource as agent
Clearwater, FL 33759-1419              Tampa, FL 33602-5300                  PO Box 5072
                                                                             Carol Stream, IL  60197-5072


Florida Department of Revenue          Hyundai Lease Titling Trust           (p)INTERNAL REVENUE SERVICE
Bankruptcy Unit                        PO Box 20825                          CENTRALIZED INSOLVENCY OPERATIONS
Post Office Box 6668                   Fountain Valley, CA 92728-0825        PO BOX 7346
Tallahassee FL 32314-6668                                                    PHILADELPHIA PA 19101-7346


Internal Revenue Service               John Glasscock                        John Glasscock
Post Office Box 7346                   c/o Robert S. Jones, II               c/o Robert S. Jones, II
Philadelphia PA 19101-7346             5622 Central Ave.                     5622 Central Avenue
                                       St. Petersburg, FL 33707-1718         Saint Petersburg, FL 33707-1718


John Glasscock, derivatively on behalf of Pr   John Zumwalt                  Johnson, Pope, Boker
c/o Robert S. Jones, II                10203 Tarpon Springs Rd               Ruppel & Burns, LLP
5622 Central Ave.                      Odessa, FL 33556-5029                 PO Box 26704
St. Petersburg, FL 33707-1718                                                Tampa, FL 33623-6704


Johnson, Pope, Bokor, Ruppel & Burns, LLP   Justin and Sheila Banes          Kia Finance
Attn:  Charles A. Buford, Esq.         154 Poplar Avenue                     88 Station Road
911 Chestnut Street                    West Springfield, MA 01089-2927       Redhill Surrey UK
Clearwater, FL 33756-5643


Kia Motor Finance                      Orange County Tax Collector           Parama K. Liberman
PO Box 20825                           PO Box 545100                         Ogle Law LLC
Fountain Valley, CA 92728-0825         Orlando FL 32854-5100                 14721 Main Street
                                                                             Alachua, FL 32615-8596


Priatek, LLC                           Priatek, LLC                          Priatek, LLC
100 S. Ashley Drive                    c/o Mike Brazerol                     c/o Mike Brazerol
Tampa, FL 33602-5304                   3327 Rising Farm Trail                3327 Rising Fawn Trail
                                       Suwanee, GA 30024-2040                Suwanee, GA 30024-2040


Robert B. Branson                      Shashi and Elisa Bharvirkar           Springs at Sunfield
1501 E. Concord Street                 51 Glenview Drive                     1165 Fire Cracker Drive
Orlando, FL 32803-5411                 West Springfield, MA 01089-3034       Buda, TX 78610-1208
```

| | | |
|---|---|---|
| SunTrust Bank<br>c/o Solomon, Vigh PA<br>PO Box 3275<br>Tampa, FL 33601-3275 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Robert B Branson +<br>BransonLaw PLLC<br>1501 E. Concord Street<br>Orlando, FL 32803-5411 |
| Charles A Buford +<br>Johnson Pope Bokor Ruppel & Burns LLP<br>911 Chestnut Street<br>PO Box 1368<br>Clearwater, FL 33757-1368 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Robert S Jones II+<br>Jones Law Group<br>5622 Central Avenue<br>St. Petersburg, FL 33707-1718 |
| Jeffrey Ainsworth +<br>BransonLaw PLLC<br>1501 E. Concord Street<br>Orlando, FL 32803-5411 | Richard B Webber +<br>Post Office Box 3000<br>Orlando, FL 32802-3000 | Audrey M Aleskovsky +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, FL 32801-2210 |
| Jacob D Flentke +<br>BransonLaw, PLLC<br>1501 East Concord Street<br>Orlando, FL 32803-5411 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
400 W. Bay Street
Suite 35045
Stop 5730
Jacksonville, FL 32202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)John Glasscock | (u)Karen S. Jennemann<br>Orlando | (d)Richard B Webber +<br>Post Office Box 3000<br>Orlando, FL 32802-3000 |

End of Label Matrix
Mailable recipients    40
Bypassed recipients     3
Total                  43



## ZIMMERMAN, KISER & SUTCLIFFE, P.A.
ATTORNEYS AND COUNSELORS AT LAW
P.O. BOX 3000 ORLANDO, FLORIDA 32802

(407) 425-7010

FED. I.D. #59-2339047

June 16, 2021

RBW  
RBW

Bill Number 325260  
Billed through 06/16/2021

**SUB CHAPTER V TRUSTEE V BHARVIRKAR, MILIND SHASHI**
15000      00007      RBW

| | | |
|---|---|---|
| Balance forward as of bill dated | 01/01/1900 | $0.00 |
| Payments received since last bill | | $0.00 |
| Net balance forward | | $0.00 |

### FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/01/21 | RBW | TELEPHONE CONFERENCE WITH JEFF AINSWORTH, ATTORNEY FOR THE DEBTOR, RE: BACKGROUND OF THE CHAPTER 11 CASE | 0.20 hrs |
| 03/02/21 | RBW | REVIEW DOCKET SHEET | 0.10 hrs |
| 03/02/21 | RBW | REVIEW SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS | 0.50 hrs |
| 03/02/21 | RBW | REVIEW CASE MANAGEMENT SUMMARY | 0.10 hrs |
| 03/02/21 | RBW | REVIEW NOTICE OF APPOINTMENT OF SUB CHAPTER V TRUSTEE | 0.10 hrs |
| 03/03/21 | RBW | REVIEW NOTICE OF CHAPTER 11 BANKRUPTCY CASE AND CALENDAR 341 MEETING OF CREDITORS | 0.10 hrs |
| 03/03/21 | RBW | REVIEW NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING (DISCLOSURE OF COMPENSATION, FINANCIAL DOCUMENTS AND FILING FEE) | 0.10 hrs |
| 03/04/21 | RBW | REVIEW DEBTOR'S VERIFIED STATEMENT PURSUANT TO SECTION 1116(1)(B) OF THE BANKRUPTCY CODE (NO BALANCE SHEET; NO CASH FLOW; OR STATEMENT OF OPERATIONS) | 0.10 hrs |
| 03/04/21 | RBW | REVIEW AND CALENDAR ORDER PRESCRIBING PROCEDURES IN CHAPTER 11 SUB CHAPTER V CASE, SETTING DEADLINES FOR FILING PLAN AND SETTING STATUS CONFERENCE | 0.10 hrs |
| 03/05/21 | RBW | REVIEW AND CALENDAR AMENDED ORDER SETTING DEADLINE FOR FILING PLAN (MAY 27, 2021) | 0.10 hrs |
| 03/10/21 | RBW | REVIEW EMAIL CORRESPONDENCE FROM JEFF AINSWORTH, ATTORNEY FOR THE DEBTOR, RE: INITIAL DEBTOR INTERVIEW DOCUMENTS | 0.10 hrs |
| 03/10/21 | RBW | REVIEW DEBTOR'S INITIAL DEBTOR INTERVIEW CHECKLIST | 0.60 hrs |

| | | | |
|---|---|---|---|
| | | AND ACCOMPANYING DOCUMENTS | |
| 03/11/21 | RBW | ATTEND INITIAL DEBTOR INTERVIEW VIA TELEPHONE | 0.50 hrs |
| 03/12/21 | RBW | REVIEW EMAIL CORRESPONDENCE FROM BOB LYNCH, ANALYST FOR THE UNITED STATES TRUSTEE, RE: INITIAL DEBTOR INTERVIEW FOLLOW UP INFORMATION NEEDED | 0.10 hrs |
| 03/12/21 | RBW | REVIEW DEBTOR'S APPLICATION TO EMPLOY COUNSEL FOR DEBTOR | 0.10 hrs |
| 03/26/21 | RBW | REVIEW EMAIL CORRESPONDENCE FROM BOB LYNCH, ANALYST FOR THE UNITED STATES TRUSTEE, TO JEFF AINSWORTH, ATTORNEY FOR THE DEBTOR, RE: DOCUMENTS AND INFORMATION NEEDED FOR 341 MEETING OF CREDITORS SCHEDULED FOR MONDAY, MARCH 29, 2021 | 0.10 hrs |
| 03/26/21 | RBW | DRAFT EMAIL CORRESPONDENCE TO JEFF AINSWORTH, ATTORNEY FOR THE DEBTOR, RE: DOCUMENTS AND INFORMATION NEEDED TODAY (FRIDAY) FOR THE 341 MEETING OF CREDITORS SCHEDULED ON MONDAY, AND EXECUTED SETTLEMENT AGREEMENT ALSO REQUESTED FOR REVIEW | 0.10 hrs |
| 03/29/21 | RBW | PREPARE FOR 341 MEETING OF CREDITORS | 0.50 hrs |
| 03/29/21 | RBW | ATTEND 341 MEETING OF CREDITORS VIA TELEPHONE | 0.70 hrs |
| 03/29/21 | RBW | TELEPHONE CONFERENCE WITH JEFF AINSWORTH, ATTORNEY FOR THE DEBTOR, RE: SETTLEMENT WITH PRIATEK, INC. AND 9019 COMPROMISE MOTION WILL BE FILED WHEN SIGNED, AND THE PLAN OF REORGANIZATION IS READY TO BE FILED ONCE THE COMPROMISE IS APPROVED | 0.20 hrs |
| 04/08/21 | RBW | REVIEW DEBTOR'S STATUS REPORT PURSUANT TO SECTION 1188(C) OF THE BANKRUPTCY CODE | 0.10 hrs |
| 04/08/21 | RBW | PREPARE FOR INITIAL STATUS CONFERENCE | 0.40 hrs |
| 04/08/21 | RBW | ATTEND INITIAL STATUS CONFERENCE VIA ZOOM | 0.50 hrs |
| 04/09/21 | RBW | REVIEW HEARING PROCEEDING MEMO FROM HEARING (INITIAL STATUS CONFERENCE) HELD ON APRIL 8, 2021 AND CALENDAR CONTINUED STATUS CONFERENCE | 0.10 hrs |
| 04/29/21 | RBW | REVIEW OBJECTION TO DEBTOR'S EXEMPTIONS BY JOHN GLASSCOCK | 0.10 hrs |
| 05/04/21 | RBW | REVIEW AND CALENDAR NOTICE OF HEARING ON CREDITOR'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION | 0.10 hrs |
| 05/04/21 | RBW | REVIEW SECURED PROOF OF CLAIM BY ALLIED BANK (2017 KIA 900) | 0.10 hrs |
| 05/04/21 | RBW | DRAFT EMAIL CORRESPONDENCE TO JEFF AINSWORTH, ATTORNEY FOR THE DEBTOR, RE: STATUS OF SETTLEMENT AGREEMENT AND EXECUTION OF SAME; 9019 COMPROMISE IS SUPPOSED TO BE THE BASIS FOR THE PLAN OF REORGANIZATION; AND OBJECTION TO EXEMPTION ALSO DISCUSSED | 0.20 hrs |
| 05/04/21 | RBW | TELEPHONE CONFERENCE WITH JEFF AINSWORTH, ATTORNEY FOR THE DEBTOR, RE: SETTLEMENT IN LIMBO WITH PRIATEK AND PLAN OF REORGANIZATION ALSO | 0.20 hrs |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | DISCUSSED | |
| 05/20/21 | RBW | TELEPHONE CONFERENCE WITH JEFF AINSWORTH, ATTORNEY FOR THE DEBTOR, RE: PRIATEK PROOF OF CLAIM FOR A DERIVITIVE CAUSE OF ACTION DISCUSSED AND OBJECTION TO EXEMPTIONS ALSO DISCUSSED, AND DISPOSABLE INCOME TO FUND THE PLAN OF REORGANIZATION ALSO DISCUSSED | 0.20 hrs |
| 05/24/21 | RBW | REVIEW EMAIL CORRESPONDENCE TO JEFF AINSWORTH, ATTORNEY FOR THE DEBTOR, FROM BOB LYNCH, ANALYST FOR THE UNITED STATES TRUSTEE, RE: NO MONTHLY OPERATING REPORTS HAVE BEEN FILED BY THE DEBTOR AND PLAN OF REORGANIZATION DUE DATE IS MAY 27, 2021 | 0.10 hrs |
| 05/28/21 | RBW | REVIEW DEBTOR'S PLAN OF REORGANIZATION | 1.10 hrs |
| 06/15/21 | RBW | REVIEW AND CALENDAR ORDER SCHEDULING: I) CONFIRMATION HEARING; II) DEADLINES WITH RESPECT TO CONFIRMATION HEARING; AND III) DEADLINES FOR FILING ADMINISTRATIVE EXPENSE APPLICATIONS | 0.20 hrs |
| 06/15/21 | RBW | DRAFT FINAL FEE APPLICATION FOR V TRUSTEE | 0.60 hrs |

|  |  |  |
|---|---|---|
| WEBBER, II RICHARD B | 8.50 hrs  $550.00 /hr | $4,675.00 |
| Total fees for this matter | 8.50 hrs | $4,675.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 05/28/21 | DUPLICATING | 1.50 |
| 05/28/21 | DUPLICATING | 3.90 |
| 05/28/21 | DUPLICATING | 2.70 |
| 05/28/21 | DUPLICATING | 3.00 |
| 06/14/21 | DUPLICATING | 4.35 |
| 06/14/21 | DUPLICATING | 0.30 |
| | DUPLICATING | $15.75 |
| | Total disbursements for this matter | $15.75 |

**BILLING SUMMARY**

| | | |
|---|---|---|
| WEBBER, II RICHARD B | 8.50 hrs  550.00 /hr | $4,675.00 |
| TOTAL FEES | 8.50 hrs | $4,675.00 |
| TOTAL DISBURSEMENTS | | $15.75 |

SUB CHAP V TRSTEE V BHARVIRKAR　　　　　　　　Bill No.　325260　　　　　　　　Page 4

|  |  |
|---|---:|
| TOTAL CHARGES FOR THIS BILL | $4,690.75 |
| NET BALANCE FORWARD | $0.00 |
| **TOTAL BALANCE NOW DUE** | **$4,690.75** |

TRUST BALANCE $3,000.00

**Please include the bill number on your check.**